1

2

3

4

5

6

7

8

9

10              **IN THE UNITED STATES DISTRICT COURT**

11            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

12

13  PRIORITY RECORDS LLC,              CASE NO. CV F 06-0484 AWI LJO
    et al.,

14                                     **ORDER TO ADOPT FINDINGS AND**
                   Plaintiffs,         **RECOMMENDATIONS ON DEFAULT**
15                                     **JUDGMENT MOTION**
          vs.

16
    LOUIE RODRIGUEZ,

17
                   Defendant.
18  _____/

19                          **INTRODUCTION**

20        In this sound recording copyright infringement action, plaintiffs[1] seek a default judgment against

21  defendant Louie Rodriguez ("defendant") for statutory damages ($6,000), costs ($420), and a permanent

22  injunction to prevent defendant's infringement of plaintiffs' copyrighted sound recordings.[2]   The

23  _____

24        [1]      Plaintiffs are recording companies Priority Records LLC, Virgin Records America, Inc., Sony BMG Music
    Entertainment, Atlantic Recording Corporation, BMG Music, UMG Recordings, Inc., and Warner Bros. Records Inc. and
25  will be referred to collectively as "plaintiffs."

26        [2]      Exhibit A to plaintiffs' complaint lists the following as some of plaintiffs' copyrighted sound recordings
    subject to this action: (1) "A Gangsta's Fairytale," on album "AmeriKKKa's Most Wanted," by artist "Ice Cube" (SR# 145-
27  579); (2) "Lay Low," on album "Tha Last Meal," by artist "Snopp Dogg" (SR# 105-226); (3) "Back To Life," on album
    "Keep On Movin," by artist "Soul II Soul" (SR# 105-226); (4) "No Ordinary Love," on album "Love Deluxe," by artist
28  "Sade" (SR# 183-731); (5) "Firecracker," on album "In The Purest Form," by artist "Mass Production" (SR# 9-707); (6)

                                       1

1    magistrate judge issued his January 11, 2007 findings and recommendations to grant plaintiffs a $6,420

2    default judgment and a permanent injunction to prevent defendant's infringement of plaintiffs'

3    copyrighted sound recordings.  No party filed timely objections to the findings and recommendations.

4                                    **CONCLUSION AND ORDER**

5            Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case.  After

6    evaluating the record, this Court finds the magistrate judge's January 11, 2007 findings and

7    recommendations are supported by the record and proper analysis.

8            Accordingly, this Court:

9          1.    ADOPTS in full the magistrate judge's January 11, 2007 findings and recommendations;

10         2.    AWARDS plaintiffs $6,000 as statutory damages under 17 U.S.C. §504(c);

11         2.    AWARDS plaintiffs costs of $420 under 17 U.S.C. §505; and

12         3.    ISSUES the following injunction:

13            Defendant shall be and hereby is enjoined from directly or indirectly infringing
14    Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

15         1.    "A Gangsta's Fairytale," on album "AmeriKKKa's Most Wanted," by artist "Ice Cube"
16            (SR# 145-579);

    2.    "Lay Low," on album "Tha Last Meal," by artist "Snopp Dogg" (SR# 105-226);
17

18         3.    "Back To Life," on album "Keep On Movin," by artist "Soul II Soul" (SR# 105-226);

19         4.    "No Ordinary Love," on album "Love Deluxe," by artist "Sade" (SR# 183-731);

20         5.    "Firecracker," on album "In The Purest Form," by artist "Mass Production" (SR# 9-707);

21         6.    "This Is For The Lover In You," on album "Three For Love," by artist "Shalamar" (SR#
           28-517);

22         7.    "Roni," on album "Don't Be Cruel," by artist "Bobby Brown" (SR# 93-332);

23         8.    "Dress You Up," on album "Like a Virgin," by artist "Madonna" (SR# 59-442);

24            and in any other sound recording, whether now in existence or later created, that is
           owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of
25    Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet
           or any online media distribution system to reproduce (i.e., download) any of Plaintiffs'
26

27    "This Is For The Lover In You," on album "Three For Love," by artist "Shalamar" (SR# 28-517); (7) "Roni," on album
     "Don't Be Cruel," by artist "Bobby Brown" (SR# 93-332); and (8) "Dress You Up," on album "Like a Virgin," by artist
28    "Madonna" (SR# 59-442).

Recordings, to distribute (i.e., upload) any of Plaintiffs' recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

IT IS SO ORDERED.

**Dated:    February 2, 2007**         _____/s/ Anthony W. Ishii_____
0m8i78                                                UNITED STATES DISTRICT JUDGE

3